UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NIHAL ERKAN, on behalf of herself and all
others similarly situated,

                        Plaintiff,                  JUDGMENT

         v.

                                                23-CV-6241 (RER) (VMS)

BLUE & CREAM, LLC,

                        Defendant.
------------------------------------------------------------X

        An Order of the Honorable Ramon E. Reyes, United States District Judge, having been

filed on March 28, 2025, adopting the Report and Recommendation of Magistrate Vera M.

Scanlon, dated March 12, 2025, dismissing this action without prejudice due to the Plaintiff's

failure to comply with Local Rule 55.2(c) as directed by the R&R; it is

        ORDERED and ADJUDGED that this action is dismissed without prejudice due to the

Plaintiff's failure to comply with Local Rule 55.2(c) as directed by the R&R; and that judgment

is hereby entered in favor of Defendant.

Dated: Brooklyn, New York                        Brenna B. Mahoney
       March 28, 2025                        Clerk of Court

                               By:     */s/Jalitza Poveda*
                                     Deputy Clerk